UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil  No. 05-10707-RCL

Title: HealthCare For All et. al   v.  Pharmacia Corporation et. al.

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Lindsay has been reassigned to Judge Woodlock for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials DPW.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Don Stanhope
         Deputy Clerk

Date:  April 15, 2004

(Notice of LR40.1 Reassign.wpd - 3/7/2005)