# AFFIDAVIT OF SERVICE

State of Massachusetts          County of SUFFOLK          U.S.D.C. Court

Case Number: 05-10707

Plaintiff:
**HEALTH CARE FOR ALL, ET AL.,**

vs.

Defendant:
**PFIZER, INC., ET AL.,**

For:
HAGENS BERMAN LLP
One Main Street
4th Floor
Cambridge, MA 02142

Received by STOKES & LEVIN on the 19th day of April, 2005 at 3:43 pm to be served on **G.D. SEARLE & COMPANY C/O CT CORPORATION SYSTEM : 101 FEDERAL STREET BOSTON, MA 02110**.

I, James Campbell, being duly sworn, depose and say that on the **19th day of April, 2005 at 4:55 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS, CLASS ACTION COMPLAINT, CIVIL ACTION COVER SHEET** with the date and hour of service endorsed thereon by me to Dahilena Mitchell as the clerk on duty authorized to accept service on behalf of within named corporation and compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'3, Weight: 130, Hair: Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 20th day of April, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

James Campbell
Process Server

STOKES & LEVIN
60 State Street
Boston, MA 02109
(877) 786-5374

Our Job Serial Number: 2005002282

Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Health Care for All, Wisconsin Citizen Action, United Senior, Action of Indiana, Judith C. Meredith, Michelle Madoff, Rose Lohman and Cavalier Homes, Inc., individually and on behalf of all others similar situated,

**SUMMONS IN A CIVIL ACTION**

V.

Pfizer, Inc., Pharmacia Corp., and G. D. Searle & Co.

CASE NUMBER:

# 05 - 10707 RCL

TO: (Name and address of Defendant)

G.D. Searle & Co., a Division of Pfifer Inc., through its Registerd Agent
CT CORPORATION SYSTEM
101 FEDERAL STREET
BOSTON MA, 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: 617-482-3700
Fax: 617-482-3003

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            APR 1 9 2005

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                                  *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.