UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH CARE FOR ALL, WISCONSIN CITIZEN ACTION, UNITED SENIOR ACTION OF INDIANA JUDITH C. MEREDITH, MICHELLE MADOFF, ROSE LOHMAN, and CAVALIER HOMES, INC., individually an on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.<br><br>    Defendants. | Civil Action No.<br>05-10707-RCL |

### DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Pfizer, Inc., Pharmacia Corp., and G.D. Searle LLC, improperly named as G.D. Searle & Co., (collectively "Defendants") hereby request a thirty (30) day extension of time to answer or otherwise plead in response to the "Class Action Complaint" of plaintiffs Health Care for All, Wisconsin Citizen Action, United Senior Action of Indiana, Judith C. Meredith, Michelle Madoff, Rose Lohman and Cavalier Homes, Inc. (collectively "Plaintiffs"). In support of their Motion, Defendants state as follows:

1.      In this action, Plaintiffs claim that Defendants engaged in the dissemination of false and misleading information in connection with the promotion, sale and distribution of the drug Celebrex.

2.      On the basis of these allegations, Plaintiffs have asserted causes of action against Defendants for violations of the federal RICO statute, 18 U.S.C. § 1962(c); violations of the New

BOS1491167.1

Jersey Consumer Fraud Act; violations of the "Consumer Protection Statutes of the 50 States"; and unjust enrichment.

3. Plaintiffs also seek to certify a class of "all persons in the United States who, since 1999, have paid some or all of the purchase price for Celebrex either on their own behalf or on behalf of someone else who ingested this drug."

4. The Complaint, which was filed on April 8, 2005, is voluminous. Excluding subparts, it contains *two hundred and seventeen (217) separately enumerated paragraphs* and is *seventy-three (73) pages* in length. Plaintiffs cite to, and allege violations of, *fifty (50) separate* state "Consumer Protection Statutes." Plaintiffs also quote, characterize or otherwise reference seven (7) separate television commercials, nineteen (19) written "promotional materials," at least five (5) medical journal articles, and a number of written statements by the Food and Drug Administration.

5. A summons and a copy of the Complaint was served upon Defendants' registered agent on April 19, 2005. Plaintiffs did not request a waiver of service pursuant to Fed. R. Civ. P. Rule 4(d).

6. Counsel for Defendants did not receive a copy of the Complaint until the date hereof (May 9).

7. Because of its overwhelming breadth and scope, Defendants request an extension of time to answer or otherwise plead in response to the Complaint to and including June 9, 2005.

8. This extension of time will not result in prejudice to the Plaintiffs and is consistent with the time period contemplated by Rule 4(d).

WHEREFORE, Defendants respectfully request that this Court:

a. Allow Defendants' Motion;

b. Enter an Order granting Defendants, extension of time to answer or otherwise plead in response to the Complaint to an including June 9, 2005; and

c. Grant such further relief as this Court deems just and appropriate.

## RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that he has made several attempts to contact Thomas M. Sobol, counsel of record for the Plaintiffs, by telephone in order to confer in good faith regarding the extension of time sought by Defendants in this Motion. As of 5:30 p.m. on May 9, 2005, counsel for Defendants had not received a response from Mr. Sobol. Therefore, out of an abundance of caution, Defendants have filed this Motion because Plaintiffs' position remains unclear.

Respectfully submitted,

PFIZER, INC. PHARMACIA CORP., and G.D. SEARLE LLC.,

By its attorneys,

/s/ *Joseph J. Leghorn*
_____
Joseph J. Leghorn (BBO No. 292440
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02118
(617) 345-1000

## **CERTIFICATE OF SERVICE**

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 9th day of May, 2005.

/s/ *J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.