UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEALTH CARE FOR ALL, WISCONSIN CITIZEN ACTION, UNITED SENIOR ACTION OF INDIANA JUDITH C. MEREDITH, MICHELLE MADOFF, ROSE LOHMAN, and CAVALIER HOMES, INC., individually an on behalf of all others similarly situated,

    Plaintiffs,

v.

PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.

    Defendants.

Civil Action No.
05-10707-RCL

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS PFIZER, INC.; PHARMACIA CORP.; AND G.D. SEARLE & CO.

Pursuant to Fed. R. Civ. P. Rule 7.1 and Local Rule 7.3, defendants Pfizer, Inc., Pharmacia Corp., and G.D. Searle LLC, improperly named as G.D. Searle & Co., (collectively "Defendants") hereby state:

1.    PFIZER, INC. is a publicly held company; it does not have a parent corporation; and no publicly held corporation owns 10% or more of its stock.

2.    PHARMACIA CORP. is a wholly owned subsidiary of PFIZER, INC.

3.    G.D. SEARLE LLC is a wholly owned subsidiary of PHARMACIA CORP.

BOS1482656.1

Respectfully submitted,

PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE LLC

By its attorneys,

/s/ *J. Christopher Allen, Jr.*
_____
Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02118
(617) 345-1000

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 5th day of May, 2005.

/s/ *J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.