UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH CARE FOR ALL, WISCONSIN CITIZEN ACTION, UNITED SENIOR ACTION OF INDIANA JUDITH C. MEREDITH, MICHELLE MADOFF, ROSE LOHMAN, and CAVALIER HOMES, INC., individually an on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.<br><br>        Defendants. | Civil Action No. 05-10707-DPW |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Pfizer, Inc., Pharmacia Corp., and G.D. Searle LLC, improperly named as G.D. Searle & Co., (collectively "Defendants"), hereby request a one (1) day extension of time to answer or otherwise plead in response to the "Class Action Complaint" of plaintiffs Health Care for All, Wisconsin Citizen Action, United Senior Action of Indiana, Judith C. Meredith, Michelle Madoff, Rose Lohman and Cavalier Homes, Inc. (collectively "Plaintiffs"). In support of their Motion, Defendants state as follows:

1.      In this action, Plaintiffs claim that Defendants engaged in the dissemination of false and misleading information in connection with the promotion, sale and distribution of the drug Celebrex. On the basis of these allegations, Plaintiffs have asserted causes of action against Defendants for violations of the federal RICO statute, 18 U.S.C. § 1962(c); violations of the New Jersey Consumer Fraud Act; violations of the "Consumer Protection Statutes of the 50 States";

and unjust enrichment. Plaintiffs also seek to certify a class of "all persons in the United States who, since 1999, have paid some or all of the purchase price for Celebrex either on their own behalf or on behalf of someone else who ingested this drug."

2.     On May 9, 2005, Defendants moved for an extension of time to answer or otherwise plead in response to the Complaint to and including June 9, 2005. This Motion was allowed.

3.     With Plaintiffs' full agreement and assent, Defendants seek a further extension of time to and including June 10, 2005 to answer or otherwise plead in response to the Complaint.

4.     This extension of time will not unnecessarily delay these proceedings and is consistent with the time period contemplated by Rule 4(d).

WHEREFORE, Defendants respectfully request that this Court:

a.     Allow Defendants' Motion;

b.     Enter an Order granting Defendants, extension of time to answer or otherwise plead in response to the Complaint to an including June 10, 2005; and

c.     Grant such further relief as this Court deems just and appropriate.

| Assented To: | Respectfully submitted, |
|---|---|
| **HEALTHCARE FOR ALL, WISCONSIN CITIZEN ACTION, UNITED SENIOR ACTION OF INDIANA, JUDITH C. MEREDITH, MICHELE MADOFF, ROSE LOHMAN and CAVALIER HOMES**,<br>By their attorneys, | **PFIZER, INC. PHARMACIA CORP., and G.D. SEARLE LLC.,**<br>By its attorneys, |
| */s/ Thomas M. Sobol*<br>_____<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, Fourth Floor<br>Cambridge, MA  02142<br>(617) 482-3700 |   /s/ *Joseph J. Leghorn*<br>_____<br>Joseph J. Leghorn (BBO No. 292440<br>J. Christopher Allen, Jr. (BBO No. 648381)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA  02118<br>(617) 345-1000 |

DATED: June 9, 2005

**CERTIFICATE OF SERVICE**

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon Thomas M. Sobol, Hagens Berman Sobol Shapiro LLP, One Main Street, Fourth Floor, Cambridge, MA, 02142, counsel of record for plaintiffs, on this 9th day of June, 2005 by electronic service.

*/s/ J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.