UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH CARE FOR ALL, WISCONSIN CITIZEN ACTION, UNITED SENIOR ACTION OF INDIANA, JUDITH C. MEREDITH, MICHELLE MADOFF, ROSE LOHMAN and CAVALIER HOMES, INC., individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>                          Defendants. | Civil Action No. 05-10707-DPW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT** |

      Plaintiffs Health Care For All, Wisconsin Citizen Action, United Senior Action of Indiana, Judith C. Meredith, Michelle Madoff, Rose Lohman and Cavalier Homes, Inc., and defendants Pfizer, Inc., Pharmacia Corp., and G.D. Searle & Co., by and through their attorneys, hereby stipulate and agree that plaintiffs shall have until July 27, 2005 to file and serve their response in opposition to defendants' Motion to Dismiss Claims of the Individual Plaintiffs and Motion to Dismiss Claims Brought By The Organizational Plaintiffs and Cavalier Homes, Inc. Plaintiff will oppose defendants' motions on the merits by that date.

Dated June 27, 2005.

      Cambridge, Massachusetts

HAGENS BERMAN SOBOL SHAPIRO LLP

By_____
    Thomas M. Sobol, BBO No. 471770
One Main Street, Fourth Floor
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com

- 2 -

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Garve Ivey, Jr.
Barry A. Ragsdale
William Adair, Jr.
IVEY & RAGSDALE
P.O. Box 1349
315 West 19th Street
Jasper, AL 35502-1349
(205) 221-4644
garve@iveyragsdale.com

Jonathan B. Lowe
LOWE MOBLEY & LOWE
P.O. Box 576
Haleyville, AL 35575-0576
(205) 486-5296

Jeffrey Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

*Attorneys for Plaintiffs and the Proposed Class*

1682.15 0018 MTN.DOC

NIXON PEABODY LLP

By *[signature]*
Joseph J. Leghorn, BBO No. 292440
J. Christopher Allen, Jr., BBO No. 648381
100 Summer Street
Boston, MA 02110
(617) 345-1000

James D. Arden
Benjamin R. Nagin
SIDLEY AUSTIN BROWN & WOOD LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Richard F. O'Malley, Jr.
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for Defendants*

## ORDER

Pursuant to the foregoing stipulation, it is hereby ORDERED that plaintiffs shall have until July 27, 2005 to file and serve their response in opposition to defendants' Motion to Dismiss Claims of the Individual Plaintiffs and Motion to Dismiss Claims Brought By The Organizational Plaintiffs and Cavalier Homes, Inc.

Dated: _____, 2005

                                                    Hon. Douglas P. Woodlock
                                                    United States District Judge