## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- X
HEALTH CARE FOR ALL, WISCONSIN :
CITIZEN ACTION, UNITED SENIOR ACTION :
OF INDIANA, JUDITH C. MEREDITH, :
MICHELLE MADOFF, ROSE LOHMAN and : Civil Action No. 05-10707-DPW
CAVALIER HOMES, INC., individually and on :
behalf of all others similarly situated, :
 :
         Plaintiffs, :
 :
  v. :
 :
PFIZER INC., PHARMACIA CORP. AND G.D. :
SEARLE & CO., :
 :
         Defendants. :
---------------------------------------------------------------- X

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR A STAY
PENDING MULTIDISTRICT LITIGATION DETERMINATION**

      Defendants Pfizer Inc., Pharmacia Corp., and G.D. Searle LLC (sued herein as G.D. Searle & Co.) ("Defendants") respectfully submit this Response to Plaintiffs' request for a stay pending a decision by the Judicial Panel on Multidistrict Litigation (the "JPML") regarding whether to create a multidistrict litigation ("MDL") proceeding for cases involving the prescription medications Celebrex and Bextra, including consumer cases such as this one.  In sum, Defendants do not oppose Plaintiffs' request for an immediate stay of proceedings in this case, including consideration of Defendants' pending motion to dismiss.

**PROCEDURAL HISTORY**

Plaintiffs filed this putative class action on behalf of a nationwide class of persons and entities who allegedly have "paid for the drug Celebrex." Compl. ¶ 1. On June 10, 2005, Defendants moved to dismiss the Complaint in its entirety. Plaintiffs filed opposition papers ("Pls. Opps.") on July 27, 2005.

Meanwhile, on July 28, 2005, the JPML heard motions regarding the creation of an MDL court for cases involving Celebrex and Bextra, including the instant case. See Pls. Opps. at 2. A decision is currently pending and expected soon.

**DEFENDANTS' RESPONSE**

In their opposition papers, Plaintiffs request that the Court delay ruling on Defendants' motions to dismiss this case. Pls. Opps. at 2 ("it might be especially appropriate for the Court to delay ruling on Defendants' motion"). In support, Plaintiffs point to a May 13, 2005 letter from the JPML, which notes that the Court is free to rule on pending motions or to wait until the JPML had decided the MDL transfer issue. See Pls. Opps. at 2 (citing In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL-1699); Declaration of Thomas M. Sobol In Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, Exhibit A.

Defendants agree that, in the context of this case, it would be appropriate for the Court to delay ruling on Defendants' motion to dismiss Plaintiffs' Complaint, pending the JPML's decision whether to create an MDL and transfer this case to any such proceeding. See generally In re Acacia Media Techs. Corp. Patent Litig., 360 F. Supp. 2d 1377, 1379 (J.P.M.L. 2005)

(MDL proceedings are designed "to eliminate duplicative discovery; prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary"). Moreover, a stay pending the JPML's decision would assist all parties in "secur[ing] the just, speedy, and inexpensive determination" of the instant action. Fed. R. Civ. P. 1.

Defendants respectfully reserve their right to seek to complete the briefing cycle on their motion to dismiss after any stay is lifted either by seeking leaving to file a reply brief pursuant to Local Rule 7.1(b)(3) if this case is not transferred out of this Court or, if this case is transferred to an MDL Court, to file a reply or seek leave to do so as is appropriate under the rules of any such MDL court.

WHEREFORE, Defendants respectfully request that this Court grant Plaintiffs' request for an immediate stay pending the JPML's determination whether to create an MDL and transfer this case to any such proceeding.

Respectfully submitted,

| | |
|---|---|
| PFIZER, INC., PHARMACIA CORP., AND G.D. SEARLE LLC | - Of Counsel - |
| | James D. Arden<br>Benjamin R. Nagin |
| By their attorneys, | SIDLEY AUSTIN BROWN & WOOD LLP<br>787 Seventh Avenue |
| */s/ Joseph J. Leghorn* | New York, NY 10019<br>(212) 839-5300 |
| _____<br>Joseph J. Leghorn, BBO No. 292440<br>J. Christopher Allen, Jr., BBO No. 648381<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 | Richard F. O'Malley, Jr.<br>SIDLEY AUSTIN BROWN & WOOD LLP<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000 |

DATED: August 4, 2005